COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 15, 2014
 No. 10-15-00335-CR
 WILLIAM ARTHUR McINTOSH
 v.
 THE STATE OF TEXAS
 
 
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 20382CR
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that it does not have jurisdiction of the appeal, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk